Case 5:25-mj-00620-SGC   Document 1   Filed 09/29/25   Page 1 of 5

FILED
2025 Sep-30 AM 11:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| United States of America | ) |
|---|---|
| v. | ) |
| Leonel Alejandro Garcia-Hinojosa | ) Case No. |
| | ) 25-620 |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ___September 24, 2025,___ in the county of ___Cullman___ in the ___Northern___ District of ___Alabama___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) and (b) | Illegal Reentry of a Previously Deported Alien |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

**WILLIAM P STONE**
Digitally signed by WILLIAM P STONE
Date: 2025.09.29 17:11:39 -05'00'

_Complainant's signature_

William P. Stone, ICE ERO
_Printed name and title_

Telephonically sworn to before me and electronically signed on

Date: 09/29/2025

_Judge's signature_

City and state: Birmingham, Alabama

Staci G. Cornelius, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, William P Stone, being duly first sworn, depose and say:

1. I am a Deportation Officer with United States Immigration and Customs Enforcement ("ICE") within the United States Department of Homeland Security ("DHS"). I have served as a Deportation Officer with ICE since July 4, 2021. Before that time, I was employed as a United States Border Patrol Agent (USBP) with U. S. Customs and Border Protection (CBP), Department of Homeland Security, for twelve years. As part of my duties as a Deportation Officer, I am charged with conducting investigations related to violations of the Immigration and Nationality Act, specifically foreign-born nationals that have been deported from the United States and subsequently re-entered the United States illegally. I am currently assigned to the ICE Enforcement and Removal Operations – Gadsden, Alabama, sub office in the New Orleans, Louisiana, area of responsibility, and part of my duties include investigating violations of Title 8 of the United States Code ("U.S.C."), including illegal reentry and related offenses.

2. This affidavit is made in support of a criminal complaint against Leonel Alejandro GARCIA-Hinojosa and sets forth the probable cause that Leonel Alejandro GARCIA-Hinojosa, a native and citizen of Mexico, illegally re-entered the United States after deportation, in violation of Title 8, United States Code, Section 1326(a) and (b).

1

3. This affidavit is based upon my personal knowledge, experience, and investigation, as well as information relayed to me by other federal and state law enforcement officers in the course of their official duties. Because this affidavit is submitted for the limited purpose of supporting a criminal complaint and arrest warrant, I have not included all the information known by me or other investigators. I have set forth only those facts I believe are essential to establish the necessary foundation for the complaint and warrant.

4. On or about September 24, 2025, Leonel Alejandro GARCIA-Hinojosa was arrested by the Cullman County Sheriff Department for Possession of Controlled Substance and Drug Paraphernalia near Cullman, AL., within the Northern District of Alabama.

5. A fingerprint-based search of immigration and law enforcement databases revealed that Leonel Alejandro GARCIA-Hinojosa is a native and citizen of Mexico. These records further show that GARCIA-Hinojosa was convicted of Burglary in the Circuit Court of the Nineteenth Judicial Circuit Lake County, Illinois, on August 20, 1988, and sentenced to forty-eight (48) months.

6. GARCIA-Hinojosa was originally ordered removed from the United States on December 18, 2000, pursuant to a Final Administrative Removal Order, under section 238(b) of the Immigration and Nationality Act, to wit: a final conviction for an aggravated felony as defined in section 101(a)(43)(G),

2

a theft offense or burglary offense for which the term of imprisonment is at least 1 year. The defendant's I-205 showed that he was initially removed on January 8, 2001, through El Paso, TX, port of entry.

7. On February 5, 2003, GARCIA-Hinojosa was encountered by Immigration Enforcement Agents in Broadview, IL. GARCIA-Hinojosa was processed with a Reinstatement of Prior Order of Removal. The defendant's I-205 showed that he was removed on February 21, 2003, through Brownsville, TX, port of entry.

8. On June 29, 2010, GARCIA-Hinojosa was encountered by Immigration Enforcement Agents in Lake County, IL. GARCIA-Hinojosa was processed with a Reinstatement of Prior Order of Removal. The defendant's I-205 showed that he was removed on July 13, 2010, through Chicago, IL, port of entry.

9. Further, immigration records related to Leonel Alejandro GARCIA-Hinojosa were reviewed by DHS personnel, and those records did not contain any documentation showing that he has applied for or received permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, for admission to the United States following his removal on or about July 13, 2010. There is also no evidence that an application was made or approved. Had the defendant made such an application, that fact would be reflected in his immigration records. Lastly, I

have no reason to believe that Leonel Alejandro GARCIA-Hinojosa was involuntarily found here in the Northern District of Alabama when he was arrested on or about September 24, 2025.

10. Based on the above facts, your affiant believes that there is probable cause to establish that Leonel Alejandro GARCIA-Hinojosa has violated 8 U.S.C. § 1326(a)and(b).

**WILLIAM P STONE**
Digitally signed by WILLIAM P STONE
Date: 2025.09.29 17:12:41 -05'00'

William P. Stone
U.S. Department of Homeland Security

Sworn to telephonically and subscribed electronically this the 29th day of September 2025.

The Honorable Staci G. Cornelius
United States Magistrate Judge
Northern District of Alabama

4