IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No. 5:25-MJ-620-SGC** |
| | ) | |
| **LEONEL GARCIA-HINOJOSA** | ) | |

**<u>Unopposed Motion to Continue Detention and Preliminary Hearings</u>**

Mr. Leonel Garcia-Hinojosa, by and through counsel and without opposition from the government, respectfully moves to continue the Detention and Preliminary Hearings set for Wednesday, October 8, 2025, at 11:00 a.m. for at least 5 days.

1. On September 29, 2025, the Government filed a Complaint that charged Mr. Garcia-Hinojosa with a single count of illegal reentry of a previously deported alient, in violation of 8 U.S.C. § 1326(a) and (b). (Doc. 1.)

2. On October 1, 2025, Mr. Garcia-Hinojosa appeared before this Court for an Initial Appearance. (Dkt. entry of Oct. 1, 2025.)

3. The Court set Detention and Preliminary Hearings for Wednesday, October 8, 2025, and remanded Mr. Garcia-Hinojosa to the custody of the United States Marshals Service. (Doc. 3.)

4. Mr. Garcia-Hinojosa, who requires the assistance of a Spanish-language interpreter, is detained a facility more than a two-hour roundtrip drive from the undersigned's office.

5. Despite due diligence, undersigned counsel requires additional time to investigate potential conditions of release to present to the Court.

1

6. Assistant U.S. Attorney Olivia Brame does not oppose the requested relief.

Based upon the foregoing, undersigned counsel requests that the Detention and Preliminary Hearings be continued for at least 5 days.

Respectfully submitted,

KEVIN L. BUTLER
Federal Public Defender
Northern District of Alabama

**/s/ John Cockrell**
JOHN COCKRELL
Assistant Federal Public Defender
505 20th Street North, Suite 1425
Birmingham, Alabama 35203
(205) 208-7170
John_Cockrell@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2025, I electronically filed the foregoing via this Court's CM/ECF system, which will send notice of such filing to all counsel of record.

**/s/ John Cockrell**